[No. 17301–4–I.  Division One.  May 26, 1987.]

EDWARD A. RICARD, *Appellant,* v. WARREN R. GEIGER, ET AL, *Respondents.*

The unpublished opinion in this cause is *withdrawn* by order dated October 28, 1987. See 49 Wn. App. 1055.

[No. 16270–5–I.  Division One.  May 26, 1987.]

DORIS PADE, *Appellant,* v. KING COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–11170–6, Robert E. Dixon, J., entered March 7, 1985. *Affirmed* by unpublished opinion per Knight, J. Pro Tem., concurred in by Andersen and Patrick, JJ. Pro Tem.

[No. 17123–2–I.  Division One.  May 26, 1987.]

ORA LEE REESE, *Respondent,* v. SUPERB CONSTRUCTION COMPANY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–02816–5, Donald D. Haley, J., entered September 3, 1985. *Remanded* by unpublished opinion per Ringold, A.C.J., concurred in by Coleman and Grosse, JJ.